AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
MAY 17 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 2:21-M-0887 |
| Jose Angel GUITERREZ-FISCAL | ) |
| | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __5/14/2021__ in the county of __Maverick__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, USC 952 | unlawfully, knowingly and intentionally imported and caused to be imported a quantity of Methamphetamine (Approximately 3.42 kgs), a Schedule II Controlled Substance. |

This criminal complaint is based on these facts:

On May 14, 2021, Customs and Border Protection (CBP) Officers encountered Jose Angel GUITERREZ-FISCAL while GUITERREZ-FISCAL was applying for admission into the United States after departing the Republic of Mexico via the Eagle Pass Port of Entry #2. During primary inspection, GUITERREZ-FISCAL was asked if he had anything to declare, to which GUITERREZ-FISCAL stated he did not. GUITERREZ-FISCAL was sent to secondary based on having personal use amount of methamphetamine when entering the United States from Mexico on two prior occasions. CBPO's conducted a seven (7) point inspection upon which they discovered drug paraphernalia. A K-9 search of vehicle revealed three (3) packages under the middle row seats wrapped in a t-shirt. The packages were probed and field tested. The substance found tested positive for Methamphetamine, a schedule II substance. In a post-Miranda interview, GUITERREZ-FISCAL stated to Homeland Security Investigations (HSI) Special Agents (SAs), he was instructed to smuggle the narcotics from Mexico to a residence in Eagle Pass, Texas. He admitted that he knew he was transporting something illegal but did not know what it was.

☐ Continued on the attached sheet.

_Joshua Smith_
Complainant's signature

Joshua Smith, Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date:  __5/17/2021__

_Collis White_
Judge's signature

City and state:  __Del Rio, Texas__     United States Magistrate Judge
Printed name and title